IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO PADUA, | : | Civil No. 3:15-cv-823 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| PA BOARD OF PROBATION AND PAROLE, *et al.*, | : | |
| Respondents | : | |

FILED
SCRANTON
NOV 1 0 2016
Per _____
DEPUTY CLERK

## ORDER

**AND NOW**, this 10th day of November, 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealabilty. *See* 28 U.S.C. § 2253(c)(1)(A).

Robert D. Mariani
United States District Judge